**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1891**

---

NANCY A. SCHMITT-DOSS,

       Plaintiff - Appellant,

    v.

AMERICAN REGENT, INC.; LUITPOLD PHARMACEUTICALS, INC.,

       Defendants – Appellees,

    and

DAIICHI SANKYO COMPANY, LTD OF JAPAN,

       Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:12-cv-00040-NKM-RSB)

---

Submitted: March 24, 2015          Decided: April 1, 2015

---

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nancy A. Schmitt-Doss, Appellant Pro Se. Mark Douglas Loftis, WOODS ROGERS, PLC, Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nancy A. Schmitt-Doss appeals the district court's order granting summary judgment to Defendants on her complaint seeking damages for personal injuries under Virginia tort law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schmitt-Doss v. Am. Regent, Inc., No. 6:12-cv-00040-NKM-RSB (W.D. Va. Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED